UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                                   :

UNITED STATES OF AMERICA,     :         11 Mag. 02748
                                                  :         <u>Electronically Filed</u>

           – *against* –               :

                                                  :         NOTICE OF APPEARANCE
PETER LESNIEWSKI                   :         AND REQUEST FOR
                                                  :         ELECTRONIC NOTIFICATION
                Defendant.           :
                                                  :
--------------------------------------------------------x

     Please take notice that Joshua L. Dratel, Esq., hereby appears in this action on behalf of PETER LESNIEWSKI and respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

     I am an attorney in good standing in the State of New York, as well as the United States District Courts for the Southern District of New York.

Dated:  New York, New York
           December 20, 2011

                                              Respectfully submitted,

                                              /s/Joshua L. Dratel
                                            Joshua L. Dratel
                                            JOSHUA L. DRATEL, P.C.
                                            2 Wall Street, 3rd Floor
                                            New York, New York 10005
                                            (212) 732-0707
                                            jdratel@joshuadratel.com

                                            *Attorney for Defendant Peter Lesniewski*

– Of Counsel –

Joshua L. Dratel
Lindsay Lewis